UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

OLUSEYI A. KUFORIJI,

        Petitioner,

    -v-                                     **DECISION and ORDER**
                                           12-CV-1176C

TODD TRYON, Assistant Field Office Director,

        Respondent.

        Petitioner, Oluseyi A. Kuforiji, who is presently incarcerated at the Buffalo Federal Detention Facility, has submitted to the Court a petition but has failed to submit to the Court an application seeking permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) or the Court's fling fee.

        The filing fee for petitions for writs of habeas corpus is $ 5.00. Before this action can proceed the Court must receive a completed and signed application to proceed *in forma pauperis* with a completed and signed prison certification section. The Clerk of the Court is directed to send to petitioner a new form application to proceed as a poor person.

        Accordingly, the petitioner has until **January 11, 2013,** to furnish the Court with a signed and completed application to proceed *in forma pauperis* with a completed and signed prison certification section, or the full filing fee of $5.00. If the Court does not receive an application to proceed *in forma pauperis* with a completed and signed prison certification section or the full filing fee of $ **5.00** on or before such date, this action will be dismissed without prejudice without further notice to the petitioner.

IT IS HEREBY ORDERED, that the Clerk of the Court is to close this case as dismissed without prejudice after **January 11, 2013** if the petitioner has not provided the Court with a signed application to proceed *in forma pauperis* with a completed and signed prison certification section or the full filing fee of $ **5.00** by that date.

SO ORDERED.

Dated: 12/06, 2012
Buffalo, New York

WILLIAM M. SKRETNY
Chief Judge
United States District Court