UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OLUSEYI A. KUFORIJI, A079120796

    Petitioner,

  -v-

TODD TRYON, Assistant Field Office Director,

    Respondent.

**DECISION and ORDER**
12-CV-1176C

*FILED DEC 27 2012 MICHAEL J. ROEMER, CLERK*

---

On December 6, 2012, this Court issued an Order directing petitioner to furnish the Court with an application to proceed *in forma pauperis* with a completed and signed prison certification section, or the full filing fee of $5.00. The December 6, 2012 Order is vacated insofar as the prison certification section of the *in forma pauperis* application does not need to be completed.

Accordingly, the petitioner has until **January 23, 2013,** to furnish the Court with a signed and completed application to proceed *in forma pauperis*, or the full filing fee of $5.00. The prison certification section of the application does not need to be completed. If the Court does not receive an application to proceed *in forma pauperis* or the full filing fee of $ 5.00 on or before such date, this action will be dismissed without prejudice without further notice to the petitioner. The Clerk of the Court is directed to send to petitioner a new form application to proceed as a poor person.

IT IS HEREBY ORDERED, that the Order dated December 6, 2012 is vacated; and

FURTHER, that the Clerk of the Court is to close this case as dismissed without prejudice after **January 23, 2013** if the petitioner has not provided the Court with a signed application to proceed *in forma pauperis* or the full filing fee of $ **5.00** by that date.

SO ORDERED.

Dated: December 26, 2012
Buffalo, New York

/s/ WILLIAM M. SKRETNY
Chief Judge
United States District Court